# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

140210

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SEAN PATRICK McMAHON,
    Defendant-Appellant.

SC: 140210
COA: 294069
Genesee CC: 09-024967-FC

_____/

On order of the Court, the application for leave to appeal the October 21, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

y0322